JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division
DEBRA J. CARFORA
Trial Attorney
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 514-2640
Fax: (202) 514-8865
debra.carfora@usdoj.gov

Attorneys for Defendant

[Additional counsel listed on signature page]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>    Defendants. | Case No. 4:16-cv-1946-SBA<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR ANSWER, CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

  Pursuant to Civil L.R. 6-2, Plaintiffs Center for Biological Diversity, Sierra Club, Association of Irritated Residents, and Climate Change Law Foundation, and Defendants, the United States Environmental Protection Agency, Gina McCarthy in her official capacity as the Administrator of the United States Environmental Protection Agency, and Jared Blumenfeld in his official capacity as Regional Administrator of the United States

JOINT STIPULATION
CASE NO. 4:16-cv-1946-SBA

1  Environmental Protection Agency (collectively "EPA"), hereby stipulate to and request
2  an order continuing the case management conference currently scheduled for July 13,
3  2016 and extending the deadline for Defendants' Answer to July 18, 2016.  In support of
4  this stipulation, the parties state the following:
5       The Court entered an order setting this matter for a case management conference
6  at 2:30 PM on July 13, 2016.  ECF No. 6.  Subsequently, on May 27, 2016, the parties
7  had an initial meet and confer concerning this case.
8       The requested extension will allow EPA enough time to properly examine
9  whether the parties may be able to resolve this case without dispositive motions or a trial.
10  Meanwhile, the parties will continue to confer concerning this case.
11       The parties have not previously requested any extensions in this case.
12       Therefore, in light of the fact that parties may be able to resolve this case without
13  the need for dispositive motions or a trial, the parties stipulate to and request an order
14  continuing the case management conference until 2:30 PM on August 3, 2016; continuing
15  the last day to file either Stipulation to ADR Process or Notice of Need for ADR Phone
16  Conference to July 20, 2016; continuing the last day to file Rule 26(f) Reports, complete
17  initial disclosures or state objection in Rule 26(f) Report, and file Case Management
18  Statements to July 27, 2016; and extending the answer due date to July 18, 2016.
19  Respectfully submitted,
20  Date: June 1, 2016

JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division

/s/ Debra J Carfora
DEBRA J. CARFORA
Trial Attorney
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 514-2640
Fax: (202) 514-8865
debra.carfora@usdoj.gov

JOINT STIPULATION
CASE NO. 4:16-cv-1946-SBA

*Attorneys for Defendant*

Date: June 1, 2016

   /s/ James M. Birkelund
JAMES M. BIRKELUND, Cal. Bar No.206328
Climate Change Law Foundation
548 Market St., #11200
San Francisco, CA 94104
james@climatechangelaw.org
Tel: 415-602-6223; Fax: 415-789-4556

*Attorney for Plaintiffs Climate Change Law Foundation and Association of Irritated Residents*

   /s/ Maya Golden-Krasner
MAYA GOLDEN-KRASNER, Cal. Bar No. 217557
The Center for Biological Diversity
P.O. Box 1476
La Canada Flintridge, CA 91012
mgoldenkrasner@biologicaldiversity.org
Tel: 213-215-3729; Fax: 510-844-7150

*Attorney for Plaintiff Center for Biological Diversity*

   /s/ Elizabeth Benson
ELIZABETH BENSON, Cal. Bar No. 268851
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
elly.benson@sierraclub.org
Tel: 415-977-5723; Fax: 415-977-5793

*Attorney for Plaintiff Sierra Club*

|   |   |
|---|---|
| 1 | **[PROPOSED]** **ORDER** |
| 2 | Pursuant to Stipulation, IT IS ORDERED that the deadline for Defendant's |
| 3 | Answer is hereby extended to July 18, 2016 and the Case Management Conference is |
| 4 | continued until 2:30 PM on August 3, 2016. |

DATED this __1st__ day of __June__, 2016.

_Saundra B. Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

JOINT STIPULATION
CASE NO. 4:16-cv-1946-SBA