IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>　　　　　　Defendants. | Case No. 4:16-cv-1946-SBA<br><br>~~[PROPOSED]~~ ORDER |

~~[PROPOSED]~~ ORDER

　　Upon consideration and for good cause having been shown, it is HEREBY:

　　ORDERED that the last day to file Rule 26(f) Reports, complete initial disclosures or state objection in Rule 26(f) Report, and file Case Management Statements is extended from August 10, 2016 to September 7, 2016; and

　　IT IS FURTHER ORDERED that the case management conference is continued until September 15, 2016 at 2:30 p.m.

　　DATED this __8th__ day of August, 2016.

　　　　　　　　　　　　　　　　　　_/s/ Saundra B. Armstrong_
　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　United States District Judge